UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
CRIMINAL DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                               Case No. 98-CR-104

ALEJANDRO VALLEJO,

        Defendant.

**NOTICE OF INTENT TO NOT PURSUE POSTCONVICTION RELIEF**

        The defendant, Alejandro Vallejo, appearing by his attorney, Thomas E. Harris, hereby notifies the United State District Court for the Eastern District of Wisconsin, the Honorable Lynn Adelman presiding, that he does not intend to file a motion for postconviction relief relative to the above captioned matter. The defendant and counsel have reviewed the applicable criteria and have concluded that no special or important reasons exist to merit review in this matter.

Dated this _____ day of _____, 2009.

                                                   Respectfully submitted,

                                                   Thomas E. Harris
                                                 Attorney for Defendant

<u>P.O. Address:</u>
20825 Swenson Drive, Suite 200
Waukesha, WI 53186-2078
(262) 790-0404